NUMBER 13-01-112-CV

 

COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI

 ____________________________________________________________________ 



ANGELICA SAENZ , Appellant, 



v.

 

JAVIER SAENZ , Appellee. 

____________________________________________________________________ 



On appeal from the 357th District Court

 of Cameron County, Texas.

 ____________________________________________________________________ 



O P I N I O N

 

Before Chief Justice Valdez and Justices Hinojosa and Yañez

Opinion Per Curiam



 Appellant, ANGELICA SAENZ , perfected an appeal from a judgment entered by the 357th District Court of Cameron
County, Texas, in cause number 1989-01-56-E . After the notice of appeal was filed, appellant filed a motion to dismiss
the appeal. In the motion, appellant requests that this Court dismiss the appeal. 

 The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 26th day of April, 2001 .